**No. 10-10815. James Alexander Logan, Petitioner v. Florida.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 5929.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 64 So. 3d 1271.

**No. 10-10816. John E. Johnson, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 5865.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10817. Steve Alan Mahoney, Petitioner v. Steve Hammond, et al.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6393,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10818. Valeriy Kostraba, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6266.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 402 Fed. Appx. 151.

**No. 10-10819. Kenya Marquis Hutson, Petitioner v. United States.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6086.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 416 Fed. Appx. 662.

**No. 10-10820. Bradley Garner, Petitioner v. United States.**

565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6456.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 584.

**No. 10-10821. John Albert Flores, Petitioner v. United States.**

565 U.S. 851, 132 S. Ct. 177, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6074.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 463.